UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


VONLEE TITLOW #384878,

    Plaintiff,

                                        Case No. 07-cv-12083

v.

                                        Hon. John Corbett O'Meara

CORRECTIONS MEDICAL SERVICES, *et al.*,    Hon. Paul J. Komives

    Defendants.
_____/


**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION
TO GRANT IN PART AND DENY IN PART DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT**

    Before the court is Magistrate Judge Paul J. Komives's Report and Recommendation, filed March 5, 2008. Magistrate Judge Komives recommends that the Court grant Defendants' Motion for Summary Judgment with respect to Plaintiff's deliberate indifference and due process claims relating to the alleged failure to provide bras to the Plaintiff, and deny the Motion with respect to the remaining claims of deliberate indifference. Defendants filed their objections on March 17, 2008.

    For the reasons set forth by Magistrate Judge Komives's report and recommendation, IT IS HEREBY ORDERED that the report and recommendation is ACCEPTED AND ADOPTED by this Court, and that Defendants' Motion for Summary Judgment, filed July 11, 2007, is GRANTED IN PART AND DENIED IN PART. I further note that as a consequence of dismissing Plaintiff's claims involving bras, Defendants Huffman, Acker, and Killough are also DISMISSED from this matter.

                                                             s/John Corbett O'Meara
                                                              United States District Judge

Date: March 31, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 31, 2008, by electronic and/or ordinary mail.

              s/William Barkholz
              Case Manager