UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VONLEE TITLOW,

        Plaintiff,                Case no. 07-12083
                                           HON. JOHN CORBETT O'MEARA

v.

CORRECTIONAL MEDICAL SERVICES, et al.,

        Defendants

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is Magistrate Judge Komives's Report and Recommendation, filed April 18, 2008. The court having reviewed the report and recommendation, as well as defendants' objections filed May 02, 2008, and being fully advised in the premises;

      IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this court in its entirety.

      IT IS FURTHER ORDERED that plaintiff's motion requesting order holding CMS defendants' dispositive motion in abeyance pending completion of discovery is MOOT.

                                           s/John Corbett O'Meara
                                           United States District Judge

Date: July 3, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, July 3, 2008, by electronic and/or ordinary mail.

                                                s/William Barkholz
                                                Case Manager