UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VONLEE NICOLE TITLOW,

        Plaintiff,                Case no. 07-12083
                                     HON. JOHN CORBETT O'MEARA

v.

CORRECTIONAL MEDICAL
SERVICES, INC., et al.,

        Defendants.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed and considered the August 06, 2009, Report and Recommendation filed by Magistrate Judge Paul Komives, no objections filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

IT IS FURTHER ORDERED that Defendants McCabe's and Pratt's Motion for Summary Judgment, filed November 07, 2008 is GRANTED.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: August 24, 2009

Certificate of Service

     I hereby certify that the foregoing order was served upon the parties of record on August 24, 2009, by electronic and/or U.S. mail.

                                                        s/William Barkholz
                                                         Case Manager