UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VONLEE NICOLE TITLOW,

    Plaintiff,

v.

                                  Case no. 07-12083
                                  Honorable John Corbett O'Meara

CORRECTIONAL MEDICAL SERVICES,
INC., et al.,

    Defendants.
_____/

## ORDER OF REMOVAL OF ACTION AS A PENDING MATTER

    Pursuant to the stipulated order entered this date staying proceedings pending interlocutory appeal, and it appearing to this Court that such stay will remain in effect for a substantial period of time; and there appearing to be no further reason at this time to maintain the file as an open case for statistical purposes;

    IT IS ORDERED that the Clerk submit a JS-6 form to the Administrative Office to close this matter for statistical purposes.  Nothing contained in this Order or the related docket entry shall be considered a dismissal or disposition of this matter, and, should further proceedings become necessary or desirable, any party may initiate them upon termination of the stay of proceedings in the same manner as if this Order had not been entered, and the Court will order that the matter be reopened for statistical purposes.

    SO ORDERED.

                                                      s/John Corbett O'Meara
                                                      United States District Judge

Date:  December 20, 2011

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, December 20, 2011, using the ECF system.

                                                       <u>s/William Barkholz</u>
                                                      Case Manager